IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:06cr00104-09 JMM

DORIS J. MARTIN

## AMENDED JUDGMENT & COMMITMENT

Pending before the Court is the United States' motion to amend the judgment to correct the total amount of restitution ($12,390.27) to reflect joint and several with Courtney Johnson, Lanora Marshelle Glass, Lacresha Nicole Pugh and Khaleelah Rahshane Powell (docket entry #249)  The motion is granted.

The judgment entered July 23, 2007 (docket entry #212) is amended to reflect that the amount of restitution to Bank of America ($8,914.00) and restitution to Metropolitan Bank ($3,476.27) is joint and several with co-defendants, Courtney Johnson (4:06cr00104-01), Lanora Marshelle Glass (4:06cr00104-06), Lacresha Nicole Pugh (4:06cr00104-07), and Khaleelah Rahshane Powell (4:06cr00104-08).

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Office and the financial section of the Clerk's office.

IT IS SO ORDERED this 12th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE